# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES ANDRE COVERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV414-029 |
| WARDEN ALAN CARTER, in his official capacity and individual capacity, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This Court gave inmate-plaintiff James Andre Coverson until May 1, 2014 to comply with the *in forma pauperis* filing requirements of 28 U.S.C. § 1915. Doc. 5 at 5; doc. 7. It warned him that his failure to comply will result in a recommendation of dismissal. Doc. 5 at 5. But the Court's last Order has been returned as "undeliverable." Doc. 8. Per Local Rule 11.1, it was Coverson's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with him.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's

complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 22nd day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA