IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES ANDRE COVERSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-029
)
WARDEN ALAN CARTER, in his )
official and individual )
capacity; JERRY JEFFERSON, in )
his official and individual )
capacity; MR. NOBLES, in his )
official and individual )
capacity; OFFICER KNIGHT, in his )
official and individual )
capacity; KELVIN DAVIS, in his )
official and individual )
capacity; and OFFICER KING, in )
his official and individual )
capacity; )
)
    Defendants. )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. In addition, Plaintiff's Motion to Appoint Counsel (Doc. 3) and Motion for Temporary Protective Order (Doc. 4) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of May 2014.

                            WILLIAM T. MOORE, JR.
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA